**Appeal Dismissed and Memorandum Opinion filed May 21, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00049-CV

---

**WALLACE MCNARY, Appellant**

**V.**

**NORTH EAST PINE VILLAGE HOMEOWNERS ASSOCIATION, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-60213**

---

### MEMORANDUM OPINION

This is an attempted appeal from a judgment signed October 17, 2023. Appellant filed a timely request for findings of fact and conclusions of law on November 6, 2023. Appellant's notice of appeal was due January 16, 2024. *See* Tex. R. App. P. 26.1(a) (allowing 90 days from judgment to file notice of appeal where a motion for new trial or a motion to modify the judgment is filed).

Appellant, however, filed his notice of appeal on January 17, 2024, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. On April 23, 2024, we ordered appellant to file a proper motion to extend time to file the notice of appeal on or before May 3, 2024, or the appeal would be subject to dismissal without further notice. *See* Tex. R. App. P. 26.3; 10.5(b). Appellant did not file a motion. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.